428 A.2d 975

**COMMONWEALTH of Pennsylvania**

v.

**Raymond JUBB, Appellant.**

Supreme Court of Pennsylvania.

Argued April 24, 1981.

Decided May 5, 1981.

Robert L. VanHoove, Reading, for appellant.

Charles M. Guthrie, Jr., Reading, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM:

The judgment of sentence of the Court of Common Pleas of Luzerne County is affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.